1   Beverly Saxon Leonard, State Bar No. 153105
    THE SAXON LEONARD LAW FIRM
2   1001 Second Street, Suite 345
    Napa, California 94559
3   Tel (707) 257-5378
    Fax (707) 257-5399
4
    Attorneys for Peter Jefferson, Plaintiff
5
    Gary M. Lepper, State Bar No. 45498
6   Furah Z. Faruqui, State Bar No. 233083
    LEPPER & HARRINGTON
7   1600 S. Main Street, Suite 305
    Walnut Creek, CA 94596
8   Tel (925) 256-6180
    Fax (925) 943-6190
9
    Attorneys for County of Napa and County of Napa
10  Child Protective Services, Defendants

11

12                  UNITED STATES DISTRICT COURT

13         OF AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  PETER JEFFERSON, as Guardian ad    Case No.: C 03-05031 SI
    Litem for Vladimir Jefferson,
16                                     STIPULATION AND PROPOSED
              Plaintiff,               ORDER RE: CONTINUANCE OF
17                                     CASE MANAGEMENT CONFERENCE
    v.
18
    COUNTY OF NAPA; COUNTY OF
19  NAPA CHILD PROTECTIVE
    SERVICES,
20
              Defendants.
21

22      The parties to the above-entitled action jointly stipulate as follows:

23      Plaintiff Peter Jefferson has indicated a desire to substitute counsel in this action on his

24  behalf. Presently there is a Case Management Conference scheduled for Friday, May 4, 2007 at 2:30

25  p.m. Because of the pending substitution of counsel, the parties agree to a continuance of that Case

26  Management Conference to May 18, 2007 at 2:30 p.m. in this department.  A Joint Case

27  ///

28  ///

---

1  Management Statement shall be filed by May 11, 2007.

2  Dated: April 26, 2007                    LEPPER & HARRINGTON

3

4  By _____
                                          Furah Z. Faruqui
5                                         Attorneys for Defendant

6  Dated: April 26, 2007                  THE SAXON LEONARD LAW FIRM

7

8  By _____

9                                         Thomas B. Gill
                                          Attorneys for Plaintiff
10

11  IT IS SO ORDERED.

12  Dated:

13

14

15  By: _____
                                          The Hon. Susan Illston
16                                        Judge, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

The Saxon Leonard Law Firm
1001 Second Street, Suite 345
Napa, California 94559
Tel (707) 257-5378
Fax (707) 257-5399