1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone: 415.255.0462
   Facsimile: 415.431.4526
4  E-mail: rarcases@yahoo.com

5  Attorney for Plaintiff
   PETER JEFFERSON

6

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11 PETER JEFFERSON, as Guardian Ad Litem        )No.     C-03-5031-SI
   for VLADIMIR JEFFERSON, a minor,             )
12                                              )**PLAINTIFF'S SUBSTITUTION OF**
              Plaintiff,                        )**ATTORNEYS; ORDER THEREON**
13                                              )
   v.                                           )**JURY TRIAL DEMANDED**
14                                              )
   COUNTY OF NAPA and COUNTY OF NAPA            )
15 CHILD PROTECTIVE SERVICES,                   )
                                                )
16            Defendants.                       )
                                                )
17 _____          )

18

19        TO THE HONORABLE COURT HEREIN, AND TO ALL PARTIES AND

20 COUNSEL:

21        PLEASE TAKE NOTICE that, through the present, Plaintiff Vladmir Jefferson, a minor,

22 acting through his Guardian Ad Litem, Peter Jefferson, has been represented in the above-

23 entitled matter by The Saxon Leonard Law Firm.  However, Plaintiff wishes to be represented

24 by new counsel.  Plaintiff Vladmir Jefferson, a minor, acting through his Guardian Ad Litem,

25 Peter Jefferson, hereby makes the following substitution of counsel in this matter:

26

1    Plaintiff's new counsel of record shall be Russell A. Robinson, Law Office of Russell A.

2  Robinson, APC, 345 Grove Street, First Floor, San Francisco CA 94102, 415.255.0462.

3    I hereby agree and consent to the above substitution.

4

5    Date:   May 4, 2007                    _____/s/  PETER JEFFERSON_____
                                            By:   Plaintiff PETER JEFFERSON, as Guardian
                                                  Ad Litem and on behalf of minor
6                                                 VLADIMIR JEFFERSON

7    I consent to be counsel of record for Plaintiff PETER JEFFERSON from the date of this

8  filing.

9

10   Date:   May 9, 2007                    _____/s/  Russell A. Robinson_____
                                            By:   Russell A. Robinson
                                            Law Office of Russell A. Robinson, APC

11

12

13   I consent to be removed as counsel of record for the minor, Plaintiff VLADIMIR

14  JEFFERSON, from the date of this filing.

15   Date:   May 4, 2007                    _____/s/  Thomas B. Gill_____
                                            By:   Thomas B. Gill
16                                          The Saxon Leonard Law Firm

17

18                                    **ORDER**

19   Good cause appearing, the above substitution of counsel is hereby permitted.

20   **IT IS SO ORDERED.**

21

22

23   Date:   _____            _____
                                        Honorable Susan Illston
24                                      United States District Court, N. Dist. of Cal.

25

26