IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF NAPA ET AL,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 03-05031 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 3, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 28, 2007.

DESIGNATION OF EXPERTS: 8/17/07; REBUTTAL: 8/31/07.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 28, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by September 28, 2007;

　　Opp. Due October 12, 2007;　Reply Due October 19, 2007;

　and set for hearing no later than November 2, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 18, 2007 at 3:30 PM.

JURY TRIAL DATE: January 7, 2008 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/21/07

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Susan Illston*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge