GARY M. LEPPER, #45498
FURAH Z. FARUQUI, #233083
LEPPER & HARRINGTON
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for defendants
County of Napa and
County of Napa Child Protective Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JEFFERSON, as guardian ad litem for Vladimir Jefferson,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF NAPA; COUNTY OF NAPA CHILD PROTECTIVE SERVICES,<br><br>    Defendants. | Case No. C-03-05031 SI<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**Date:** November 29, 2007<br>**Time:** 2:00 p.m.<br>**Courtroom:** 4<br>**Judge:** Brazil |

      Defendants County of Napa and County of Napa Child Protective Services ("County") suggested, and Plaintiff's Guardian Ad Litem agrees, that the presently-scheduled settlement conference (November 29 at 2:00 p.m.) may be continued after the summary judgment hearing (November 30) because the parties will be unable to participate meaningfully in any settlement discussion until then.

///

///

///

STIPULATION AND ORDER TO      1      F:\CASE\Jefferson I-Napa-new\p\stip.cont.11.20.07.doc
CONTINUE SETTLEMENT CONFERENCE

## STIPULATION

The parties hereby stipulate that the presently-scheduled settlement conference (November 29, 2007, at 2:00 p.m.) may be continued to December 13, 2007, at 2:00 p.m.

DATE: November 21, 2007                LEPPER & HARRINGTON

                                       */s/ Furah Z. Faruqui*
                                       _____
                                       FURAH Z. FARUQUI
                                       Attorney for defendants


DATE: November 21, 2007                LAW OFFICE OF RUSSELL A. ROBINSON

                                       /
                                       _____
                                       RUSSELL A. ROBINSON
                                       Attorney for plaintiff


## ORDER

As plaintiff and defendants have stipulated, IT IS ORDERED that the settlement conference be continued to December 13, 2007 at 2:00 p.m., in Department 4, before Magistrate Judge Wayne D. Brazil.

[signature]
_____
SUSAN ILLSTON
United States District Court Judge

STIPULATION AND ORDER TO                2       F:\CASE\Jefferson I-Napa-new\p\stip.cont.11.20.07.doc
CONTINUE SETTLEMENT CONFERENCE