**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    PETER JEFFERSON, as guardian ad litem for          No. C 03-5031 SI
     VLADIMIR JEFFERSON,
9                                                        **JUDGMENT**
                    Plaintiff,
10
            v.
11
     COUNTY OF NAPA, and COUNTY OF NAPA
12   CHILD PROTECTIVE SERVICES,

13                  Defendants.
                                                    /
14

15          Defendants' motions for issue preclusion sanctions and for summary judgment have been

16   granted.   Judgment is entered accordingly.

17

18

19          **IT IS SO ORDERED AND ADJUDGED.**

20

21   Dated: December 14, 2007                    _____

22                                               SUSAN ILLSTON
                                                 United States District Judge
23

24

25

26

27

28